IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL JEROME OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03-CV-1267-WKW |
| | ) | (WO) |
| DONAL CAMPBELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 23) in this case, finding that the defendants' Motion for Summary Judgment (Doc. # 17) should be granted in part and denied in part. No objections were filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Motion for Summary Judgment (Doc. # 17) is GRANTED as to the claims against defendant Campbell.

3. All claims against defendant Campbell are hereby DISMISSED.

4. Counts IV and V of the Complaint, asserted only against defendant Campbell, are hereby DISMISSED with prejudice.

5. Plaintiff's claims against defendant Bruce in his official capacity are hereby DISMISSED with prejudice.

6. Count II of the Complaint, the substantive due process claim, is hereby DISMISSED with prejudice.

      7.  The Motion for Summary Judgment (Doc. # 17) is DENIED as to the Eighth Amendment excessive force claim against defendant Bruce in his individual capacity.

      8.  The Motion for Summary Judgment (Doc. # 17) is DENIED as to the state law claims against defendant Bruce in his individual capacity.

      DONE this the 6th day of March, 2006.

                                      /s/  W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE